**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GLADYS PU BARRERA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-999-J |
| | ) | |
| NORMAN PARISH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On October 2, 2026, Petitioner filed a motion to enforce this Court's July 9, 2026 Order requiring Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a). [Doc. No. 17]. Petitioner has additionally filed a motion for temporary restraining order, noting that she "is set to be removed" on October 2, 2026 or October 3, 2026. [Doc. No. 18]. As relief, Petitioner seeks immediate release or, in the alternative, to prevent her removal while the Court rules on her pending motion to enforce. *Id.* at 4.

Respondents shall respond to Petitioner's motions no later than October 19, 2026 and shall specifically inform the Court of Petitioner's custodial status, including whether Petitioner has been removed from the United States.

IT IS SO ORDERED this 5th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE