**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GLADYS PU BARRERA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-999-J |
| | ) | |
| NORMAN PARISH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On October 2, 2026, Petitioner filed a motion to enforce this Court's July 9, 2026 Order [Doc. No. 17] and a motion for temporary restraining order [Doc. No. 18]. On October 19, 2026, Respondents filed a Notice, notifying the Court that Petitioner was removed to Guatemala on October 3, 2026. [Doc. No. 20]. In light of Petitioner's removal to Guatemala, the Court FINDS Petitioner's motions [Doc. Nos. 17 & 18] are now MOOT and this case remains closed.

IT IS SO ORDERED this 19th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE